Fill in this information to identify the case:

United States Bankruptcy Court for the:

**Southern District of Texas**

Case number (if known): _____   Chapter __11__

☐ Check if this is an amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | |
|---|---|
| 1. Debtor's name | **Falls of Braeburn, LLC** |
| 2. All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names, and *doing business as names* | |
| 3. Debtor's federal Employer Identification Number (EIN) | 4 7 – 2 8 2 3 6 2 6 |

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **Falls of Braeburn Apartments** | **c/o Siri Khalsa** |
| **9707 Braeburn Glen Blvd**<br>Number        Street | **9303 Town Park Dr Fl 2**<br>Number        Street |
| **Houston, TX 77074-2303**<br>City                    State    ZIP Code | **Houston, TX 77036-2441**<br>City                    State    ZIP Code |
| **Harris**<br>County | Location of principal assets, if different from principal place of business<br><br>Number        Street<br><br>City                    State    ZIP Code |

| | |
|---|---|
| 5. Debtor's website (URL) | |
| 6. Type of debtor | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br><br>☐ Partnership (excluding LLP)<br><br>☐ Other. Specify: _____ |

Official Form 201          Voluntary Petition for Non-Individuals Filing for Bankruptcy          page 1

Debtor    **Falls of Braeburn, LLC**                                          Case number *(if known)* _____
          Name

| | |
|---|---|
| **7. Describe debtor's business** | A. *Check one:* |

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☑ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. §101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. §781(3))

☐ None of the above

B. *Check all that apply:*

☐  Tax-exempt entity (as described in 26 U.S.C. §501)

☐  Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐  Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes .

**5   3   1   1**

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐  Chapter 7

☐  Chapter 9

☑  Chapter 11. *Check all that apply:*

  ☐  Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

  ☐  The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐  The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

  ☐  A plan is being filed with this petition.

  ☐  Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐  The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐  The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐  Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes.  District _____  When _____ Case number _____
                                    MM / DD / YYYY

        District _____  When _____ Case number _____
                                    MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☐ No

☑ Yes. Debtor **Falls of Chelsea Lane, LLC**          Relationship **Affiliate** _____

        District **Southern District of Texas** _____   When   **11/3/2025**
                                                                  MM / DD / YYYY

        Case number, if known _____

Debtor    **Falls of Braeburn, LLC**_____    Case number *(if known)*_____
              Name

| | |
|---|---|
| **11. Why is the case filed in** *this* **district?** | *Check all that apply:*<br><br>☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br><br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| **12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☑ No<br><br>☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br><br>**Why does the property need immediate attention?** *(Check all that apply.)*<br><br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>   What is the hazard?<br>   _____<br><br>☐ It needs to be physically secured or protected from the weather.<br><br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br><br>☐ Other _____<br><br>Where is the property? _____<br>                              Number        Street<br>   _____<br>   _____<br>   City                                    State      ZIP Code<br><br>**Is the property insured?**<br>☐ No<br>☐ Yes.   Insurance agency   _____<br>              Contact name       _____<br>              Phone                   _____ |

## Statistical and administrative information

| | |
|---|---|
| **13. Debtor's estimation of available funds?** | *Check one:*<br><br>☐ Funds will be available for distribution to unsecured creditors.<br><br>☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |
| **14. Estimated number of creditors** | ☑ 1-49    ☐ 50-99        ☐ 1,000-5,000  ☐ 5,001-10,000    ☐ 25,001-50,000  ☐ 50,000-100,000<br>☐ 100-199  ☐ 200-999   ☐ 10,001-25,000                   ☐ More than 100,000 |
| **15. Estimated assets** | ☐ $0-$50,000                      ☐ $1,000,001-$10 million          ☐ $500,000,001-$1 billion<br>☐ $50,001-$100,000              ☑ $10,000,001-$50 million        ☐ $1,000,000,001-$10 billion<br>☐ $100,001-$500,000            ☐ $50,000,001-$100 million      ☐ $10,000,000,001-$50 billion<br>☐ $500,001-$1 million           ☐ $100,000,001-$500 million    ☐ More than $50 billion |

| Debtor | Falls of Braeburn, LLC | Case number *(if known)* |
|---|---|---|
| | Name | |

| 16. Estimated liabilities | ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|
| | ☐ $50,001-$100,000 | ☑ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING –** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- ▪ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- ▪ I have been authorized to file this petition on behalf of the debtor.
- ▪ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___11/5/2025___
MM/ DD/ YYYY

X _____
Signature of authorized representative of debtor

**Siri Khalsa**
Printed name

Title _____**Authorized Representative**_____

**18. Signature of attorney**

X _____    Date **11/03/2025**
Signature of attorney for debtor          MM/ DD/ YYYY

**Matthew S. Okin**
Printed name

**Okin Adams Bartlett Curry LLP**
Firm name

**1113 Vine Street, Suite 240**
Number          Street

| **Houston** | **TX** | **77002** |
|---|---|---|
| City | State | ZIP Code |

| **(713) 228-4100** | **mokin@okinadams.com** |
|---|---|
| Contact phone | Email address |

| **00784695** | **TX** |
|---|---|
| Bar number | State |

Debtor   **Falls of Braeburn, LLC** _____     Case number (*if known*) _____
            Name

## Additional Page

| | |
|---|---|
| **10. Continued** | |

Debtor **Northwest Miami Gardens, LP** _____   Relationship **Affiliate** _____

District **Southern District of Texas** _____   When   __11/3/2025__
                                                                                     MM / DD / YYYY

Case number, if known _____

Debtor **Falls of Westpark Apartments, Ltd.** _____   Relationship **Affiliate** _____

District **Southern District of Texas** _____   When   __11/3/2025__
                                                                                     MM / DD / YYYY

Case number, if known _____

Fill in this information to identify the case:

Debtor name **Falls of Braeburn, LLC, et al.**

United States Bankruptcy Court for the:

**Southern District of Texas**

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 30 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 30 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Braeburn<br>City of Houston<br>PO Box 1560<br>Houston, TX 77251-1560 | | | | | | $120,323.44 |
| 2 | Braeburn<br>Waste Connections<br>Po Box 679859<br>Dallas, TX 75267-9859 | | | | | | $7,290.13 |
| 3 | Braeburn<br>ProEnergy<br>Po Box 644007<br>Dallas, TX 75264-4007 | | | | | | $3,051.83 |
| 4 | Braeburn<br>AETexas<br>Po Box Box 738376<br>Dallas, TX 75373-8376 | | | | | | $2,056.71 |
| 5 | Braeburn<br>TXU Energy<br>Po Box 650638<br>Dallas, TX 75265-0638 | | | | | | $1,070.92 |
| 6 | Braeburn<br>Comcast<br>Po Box 60533<br>City Industry, CA 91716-0533 | | | | | | $448.03 |
| 7 | Miami<br>GFL Environmental<br>Po Box 555193<br>Detroit, MI 48255-5193 | | | | | | $13,655.12 |
| 8 | Miami<br>Texas Yellowstone Construction LLC<br>2962 Washington Dr<br>Houston, TX 77038-3321 | | | | | | $13,100.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 9 | <u>Miami</u><br>AETexas<br>Po Box Box 738376 Dallas, TX 75373-8376 | | | | | | $9,024.53 |
| 10 | <u>Miami</u><br>ProEnergy<br>Po Box 644007<br>Dallas, TX 75264-4007 | | | | | | $4,154.24 |
| 11 | <u>Miami</u><br>AT & T<br>Po Box 5014<br>Carol Stream, IL 60197-5014 | | | | | | $1,129.95 |
| 12 | <u>Miami</u><br>City of Houston<br>PO Box 1560<br>Houston, TX 77251-1560 | | | | | | $634.56 |
| 13 | <u>Miami</u><br>Comcast<br>Po Box 60533<br>City Industry, CA 91716-0533 | | | | | | $133.52 |
| 14 | <u>Chelsea</u><br>City of Houston<br>Po Box 1560<br>Houston, TX 77251-1560 | | | | | | $80,873.12 |
| 15 | <u>Chelsea</u><br>Texas Yellowstone Construction LLC<br>2962 Washington Dr<br>Houston, TX 77038-3321 | | | | | | $79,108.75 |
| 16 | <u>Chelsea</u><br>AETexas<br>Po Box Box 738376 Dallas, TX 75373-8376 | | | | | | $10,667.83 |
| 17 | <u>Chelsea</u><br>Waste Management<br>Po Box 660345<br>Dallas, TX 75266-0345 | | | | | | $5,322.00 |
| 18 | <u>Chelsea</u><br>Symmetry Energy Solutions<br>Po Box 301149<br>Dallas, TX 75303-1149 | | | | | | $1,220.77 |
| 19 | <u>Chelsea</u><br>AT & T<br>Po Box 5014<br>Carol Stream, IL 60197-5014 | | | | | | $395.54 |
| 20 | <u>Westpark</u><br>City of Houston<br>Po Box 1560<br>Houston, TX 77251-1560 | | | | | | $507,312.64 |
| 21 | <u>Westpark</u><br>TXU Energy<br>PO Box 650638<br>Dallas, TX | | | | | | $54,093.08 |
| 22 | <u>Westpark</u><br>GFL Environmental<br>Po Box 555193<br>Detroit, MI 48255-5193 | | | | | | $40,326.62 |
| 23 | <u>Westpark</u><br>ProEnergy<br>PO Box 644007<br>Dallas, TX 75264-4007 | | | | | | $3,134.99 |

| 24 | Westpark Comcast Po Box 60533 City Industry, CA 91716-0533 | | | | | | $133.52 |