IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| Falls of Braeburn, LLC, *et al.*, | Case No. 25-90602 (CML) |
| Debtors.[1] | (Jointly Administered) |

## NOTICE OF HEARING

**PLEASE TAKLE NOTICE OF THE FOLLOWING:**

      1.      A hearing (the "Hearing") is set for April 1, 2026 at 1:00 p.m. (prevailing Central Time) before the Honorable Christopher M. Lopez, United States Bankruptcy Judge, at the United States Bankruptcy Court for the Southern District of Texas (the "Court"), Courtroom No. 402, 515 Rusk, Houston, Texas, to consider the Secured Lenders' Motion to Appoint Chapter 11 Trustee [ECF No. 110].

      2.      You may participate in the Hearing either in person or by an audio and video connection. Audio communication will be by use of the Court's dial-in facility. You may access the facility at (832) 917-1510. Once connected, you will be asked to enter the conference room number. Judge Lopez's conference room number is 590153. Video communication will be by use of the GOTOMEETING platform. Connect via the free GoToMeeting application or click the link on Judge Lopez's homepage. The meeting code is "JudgeLopez". Click the settings icon in the upper right corner and enter your name under the personal information setting.

      3.      Parties are encouraged to review the Court's procedures for telephonic appearances located on the Court's website at: https://www.txs.uscourts.gov/page/united-statesbankruptcy-judge-christopher-m-lopez.

      4.      Any exhibit offered by the Secured Lenders will be filed on the Court's docket. Additionally, the Secured Lenders may have demonstrative exhibits to aid in their presentation to the Court, copies of which may be obtained by any party by sending a request to the undersigned counsel for the Secured Lenders at the email addresses listed below.

      5.      If any party wishes to offer exhibits, these exhibits should be filed with the Clerk of the Court using the Court's CM/ECF system. Each exhibit should be filed as a separate

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are: Falls of Braeburn, LLC (3626), Falls of Chelsea Lane, LLC (0511), Northwest Miami Gardens (6903), and Falls of Westpark Apartments, LTD (4983). The Debtors' service address is 9303 Town Park Dr Fl 2, Houston, TX 77036-2441.

attachment to an Exhibit List in compliance with Bankruptcy Local Rule 9013 and General Order 2020-04.

Respectfully submitted on the 10th day of March, 2026.

                                     Respectfully submitted,

                                     **POLSINELLI PC**

                                     By: */s/ Michael L. Schuster*
                                     Michael L. Schuster (*pro hac vice*)
                                     1401 Lawrence Street, Suite 2300
                                     Denver, CO  80202
                                     Phone: (720) 931-1188
                                     Email: mschuster@polsinelli.com
                                     *Counsel for Secured Lenders*

109571268.1

## CERTIFICATE OF SERVICE

      I, Michael L. Schuster, hereby certify that on March 10, 2026, a true and correct copy of the foregoing *Notice of Hearing* was (i) served electronically via the Court's CM/ECF system to Debtors' counsel, the U.S. Trustee, and the interested parties who have requested to receive ECF notification from the court in this case, which are listed below and (ii) served via U.S. mail, postage prepaid, to the creditors listed below.

                                         /s/  Michael L. Schuster

## VIA CM/ECF ONLY

Phillip Kyle Cheves on behalf of Creditor Computershare Trust Company, NA, as Trustee for the benefit of the Registered Holders of Wells Fargo Commercial Mortgage Trust 2024-5C1, Commercial Mortgage Pass-Through Certificates, Series 2024-5C1
kcheves@polsinelli.com

Susan R. Fuertes on behalf of Creditor Harris County
susan.fuertes@harriscountytx.gov, taxbankruptcy.cao@harriscountytx.gov

Tara L Grundemeier on behalf of Creditor City of Houston
houston_bankruptcy@lgbs.com

Tara L Grundemeier on behalf of Creditor Houston City College
houston_bankruptcy@lgbs.com

Tara L Grundemeier on behalf of Creditor Houston ISD
houston_bankruptcy@lgbs.com

Leigh Ann Hoffman on behalf of Creditor Lynd Management Group, LLC
lhoffman@lippes.com

Matthew Scott Okin on behalf of Debtor Falls of Braeburn, LLC
mokin@okinadams.com, sgonzales@okinadams.com;nhollon@okinadams.com

Jayson B. Ruff on behalf of U.S. Trustee US Trustee
jayson.b.ruff@usdoj.gov

Michael Schuster on behalf of Creditor Computershare Trust Company, NA, as Trustee for the benefit of the Registered Holders of Wells Fargo Commercial Mortgage Trust 2024-5C1, Commercial Mortgage Pass-Through Certificates, Series 2024-5C1
mschuster@polsinelli.com, mhammond@polsinelli.com

Christopher Ross Travis on behalf of U.S. Trustee US Trustee
C.Ross.Travis@usdoj.gov

109571268.1

US Trustee
USTPRegion07.HU.ECF@USDOJ.GOV

Melissa E Valdez on behalf of Creditor Spring Branch Independent School District and City of Houston
mvaldez@pbfcm.com, mvaldez@ecf.courtdrive.com;arandermann@pbfcm.com

Timothy L. Wentworth on behalf of Debtor Falls of Braeburn, LLC
twentworth@okinadams.com, sgonzales@okinadams.com;nhollon@okinadams.com

**VIA U.S. MAIL**

| | | |
|---|---|---|
| Harris County Attorneys' Office<br>PO Box 2848<br>Houston, TX 77252-2848 | AETexas<br>PO Box 738376<br>Dallas, TX 75373-8376 | Comcast<br>PO Box 60533<br>City of Industry, CA 91716-0533 |
| GFL Environmental<br>PO Box 1560<br>Detroit, MI 48255-5193 | Internal Revenue Service<br>Centralized Insolvency Ops.<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | ProEnergy<br>PO Box 644007<br>Dallas, TX 77253-3064 |
| Rao J. Polavarapu<br>9303 Town Park Dr., 2nd Fl.<br>Houston, TX 77036-2441 | Texas Comptroller of Public Accts<br>Revenue Accounting Div<br>Bankruptcy Section<br>PO Box 13528<br>Austin, TX 78711-3528 | Symmetry Energy Solutions<br>PO Box 301149<br>Dallas, TX 75303-1149 |
| TXU Energy Retail Company LP<br>C/o Bankruptcy Dept<br>PO Box 650393<br>Dallas, TX 75265-0393 | Texas Attorney General<br>300 W 15th Street<br>Austin, TX 78701-1649 | Texas Yellowstone Construction LLC<br>2962 Washington Dr<br>Houston, TX 77038-3321 |
| Waste Connections<br>PO Box 679859<br>Dallas, TX 75267-9859 | Waste Management<br>PO Box 660345<br>Dallas, TX 75266-0345 | Wells Fargo Bank NA<br>Attn: Legal Department<br>401 S Tryon St Fl 8<br>Charlotte, NC 28202-1931 |
| Alief Independent School District<br>PO Box 368<br>Alief, TX 77411-0368 | AT&T<br>PO Box 5014<br>Carol Stream, IL 60197-5014 | Spring Branch ISD<br>PO Box 19037<br>Houston, TX 77224-9037 |